

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MARC AND TINA BANNER**  **PLAINTIFFS**

V.  **CIVIL ACTION NO. 3:05CV696WHB-AGN**

**CITY OF JACKSON AND**
**FRED NELSON**  **DEFENDANTS**

### ORDER

This Court having found that the Defendants, City of Jackson and Officer Fred Nelson, by and through their attorney and pursuant to Local Rule 16.1(B)(4), filed a Motion to Dismiss based on immunity, finds that all proceedings and discovery not related to the immunity issue shall be stayed pending the Court's ruling on the Motion.

**SO ORDERED AND ADJUDGED** this the 3rd day of January, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE