IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MARC and TINA BANNER**                                    **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO. 3:05cv696-WHB-LRA**

**CITY OF JACKSON, MISSISSIPPI**                             **DEFENDANT**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order that granted the Motion of Defendant for Summary Judgment on all of Plaintiffs' claims, this case is hereby dismissed with prejudice.

SO ORDERED this the 5th day of February, 2007.

                                                  s/ William H. Barbour, Jr.
                                                UNITED STATES DISTRICT JUDGE